No. 85–660.   COLORADO *v.* CONNELLY.   Sup. Ct. Colo.   [Certiorari granted, 474 U. S. 1050.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–701.   FEDERAL ELECTION COMMISSION *v.* MASSACHUSETTS CITIZENS FOR LIFE, INC.   C. A. 1st Cir.   [Probable jurisdiction noted, 474 U. S. 1049.]   Motions of Chamber of Commerce of the United States, Joseph M. Scheidler et al., and Catholic League for Religious and Civil Rights for leave to file briefs as *amici curiae* granted.

No. 85–792.   INTERSTATE COMMERCE COMMISSION *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.; and
No. 85–793.   MISSOURI-KANSAS-TEXAS RAILROAD CO. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.   C. A. D. C. Cir.   [Certiorari granted, *ante,* p. 1081.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 85–937.   WEST VIRGINIA *v.* UNITED STATES.   C. A. 4th Cir.   [Certiorari granted, *ante,* p. 1009.]   Motion of petitioner to dispense with printing the joint appendix granted.

No. 85–1206.   ROSE *v.* ROSE ET AL.   Appeal from Ct. App. Tenn.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 85–1217.   CITY OF SPRINGFIELD, MASSACHUSETTS *v.* KIBBE, ADMINISTRATRIX OF THE ESTATE OF THURSTON.   C. A. 1st Cir.   [Certiorari granted, *ante,* p. 1064.]   Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 85–1377.   BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES *v.* SYNAR, MEMBER OF CONGRESS, ET AL.;
No. 85–1378.   UNITED STATES SENATE *v.* SYNAR, MEMBER OF CONGRESS, ET AL.; and
No. 85–1379.   O'NEILL, SPEAKER OF THE UNITED STATES HOUSE OF REPRESENTATIVES, ET AL. *v.* SYNAR, MEMBER OF CONGRESS, ET AL.   D. C. D. C.   [Probable jurisdiction noted, *ante,* p. 1009.]   Motions of Edward Blankstein and American Jewish Congress for leave to file briefs as *amici curiae* out of time granted.